THE FIRST NATIONAL BANK of Jersey City, Appellant, *v.* ORREN G. STAPLES et al., Respondents.

(Argued April 24, 1891; decided May 8, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 25, 1890, which affirmed a judgment in favor of defendant, entered upon an order nonsuiting plaintiff on trial.

*D. G. Griffin* for appellant.

*John C. McCartin* for respondents.

Agree to affirm on opinion below.
All concur, except O'BRIEN, J., taking no part.
Judgment affirmed.

---

JAMES MEDLER, Respondent, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY, Appellant.

(Argued April 24, 1891; decided May 8, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made January 27, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Charles J. Patterson* for appellant.

*Thomas E. Pearsall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.